UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                Plaintiff,

    v.                                        **ORDER**

BISNOW, LLC,                          20 Civ. 10163 (ER)

                Defendants.

RAMOS, D.J.

     On December 3, 2020, Simon J. Burchett Photography, Inc. brought this action against Bisnow, LLC ("Bisnow") for copyright infringement. Doc. 1. Bisnow has not yet been served. Plaintiff is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**. Failure to comply with Court orders may result in sanctions, including dismissal pursuant to Fed. R. Civ. P. 4(m).

     It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.